IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
          Plaintiff,           )         8:10CR52
                               )
     v.                        )
                               )
THOMAS E. CARODINE,            )         ORDER
                               )
          Defendant.           )
_____)
```

This matter is before the Court on plaintiff's motion to file sealed motion (Filing No. 120) and motion for downward departure (Filing No. 121).

IT IS ORDERED:

1) Plaintiff's motion to file sealed motion is granted. Filing No. 121 shall remain sealed until further order of the Court.

2) A hearing on the motion for downward departure is scheduled for:

**Friday, December 9, 2011, at 11 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court. Defendant need not be present.

3) Joseph L. Howard, retained counsel for the defendant, remains as counsel for the defendant until the Rule 35(b) motion is resolved or until given leave to withdraw.

DATED this 28th day of November, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court